```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03211
   DARRIN WEBB
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8807

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/01/2005 and was confirmed 04/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 05/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED          2000.21             .00          200.02
CITY OF CHICAGO PARKING    UNSECURED          1450.00             .00          145.00
JEFFERSON CAPITAL SYSTEM   UNSECURED           726.00             .00           72.60
MIDLAND CREDIT MANAGEMEN   UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE CORP      UNSECURED           311.10             .00           31.11
T-MOBILE BANKRUPTCY        UNSECURED             4.28             .00             .43
US DEPT OF EDUCATION       UNSECURED         NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY       NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         2,001.61                       2,001.61
TOM VAUGHN                 TRUSTEE                                              160.23
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              2,611.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                         449.16
ADMINISTRATIVE                                  2,001.61
TRUSTEE COMPENSATION                              160.23
DEBTOR REFUND                                        .00
                   ---------------         ---------------
TOTALS               2,611.00                   2,611.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE